
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO



F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 14 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00809-ZLW

DONA KELLER,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,
PORTERCARE/CENTURA HEALTH, and
CANNON COCHRAN MANAGEMENT SERVICE, INC.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    All pending motions in this case are denied as moot because the action was dismissed by order filed on July 29, 2005.

Dated: October 14, 2005

Copies of this Minute Order mailed on October 14, 2005, to the following:

Dona Keller
2227 W. Wesley Ave.
Englewood, CO 80110

Electronic Notice sent to the following:

James D. Johnson
Johnson & Ayd, P.C.

Kurt J. Bohn
Assistant U.S. Attorney

Ann Holewinski
Zarlengo, Mott, Zarlengo, & Winbourn

Zane Richard Moseley
Zarlengo, Mott, Zarlengo, & Winbourn

Douglas A. Thomas
Thomas, Pollart, Miller & Wetmore, LLC

_____
Secretary/Deputy Clerk